NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000656
03-NOV-2014
11:38 AM**

CAAP-12-0000656

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JOAN SIMENTAL, Plaintiff-Appellee,
v.
JORGE SIMENTAL, Defendant-Appellant.

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-D NO. 08-1-0094)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion of the court, filed on July 31, 2014, is hereby corrected as follows:

1.    On page 2, in the seventh line from the bottom of the page, the word "of" should be inserted between "filing" and "the" so that as corrected, the text reads:  ". . . prior to the filing of the Complaint for Divorce . . . ."

2.    On page 6, in paragraph 2.a) of the block quoted text, a close bracket should be inserted before the close parenthesis so that as corrected, the text reads: ". . . paragraph 12 of [the July 2009 Order]), . . . ."

3.    On page 10, in the third line of the second paragraph, the "§" symbol should be inserted between "HRS" and "576B-611(a)" so that as corrected, the text reads "HRS § 576B-611(a) (2006) provides, . . . ."

---

[1] Nakamura, Chief Judge, and Foley and Leonard, JJ.

4. On page 10, in the first line of footnote 4, the reference to "567B-613" should changed to "576B-613".

5. On page 11, in the fourth line, the "a" between "has" and "enacted" should be deleted so that as corrected, the text reads: "Oklahoma has enacted a provision . . . ."

6. On page 11, in the second line of the first full paragraph, the reference to "567B-611" should be changed to "576B-611".

7. On page 12, in the sixth line of the first paragraph, the reference to "567B-611(a)(1)(B)" should be changed to "576B-611(a)(1)(B)".

8. On page 12, in the tenth line of the first paragraph, the reference to "567B-611(a)(2)" should be changed to "576B-611(a)(2)".

9. On page 12, in the sixteenth line of the first paragraph, the reference to "567B" should be changed to "576B".

10. On page 12, in the fourth line of the second paragraph, the initial letter in the word "order" should be capitalized so that as corrected, the text reads, " . . . July 2009 Order."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, November 3, 2014.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge